## 33759. HAZELRIG v. HAZELRIG.

NICHOLS, Chief Justice.

This is an appeal by the defendant husband in a divorce, alimony and child custody case. The appellant enumerates seven errors, but the brief filed contains only a statement of facts as to what transpired in the trial court. Therefore, the alleged errors are deemed abandoned under Rule 18(c) (2) of this court.

*Judgment affirmed. All the Justices concur.*

76

SUBMITTED JUNE 23, 1978 — DECIDED SEPTEMBER 6, 1978.

*James R. Venable,* for appellant.
*James B. Malcolm, Jr.,* for appellee.